No. 709. SAFE HARBOR WATER POWER CORP. *v.* FEDERAL POWER COMMISSION. C. A. 3d Cir. Certiorari denied. *Randall J. LeBoeuf, Jr., George Ross Hull* and *John C. Kelley* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Melvin Richter, Bradford Ross, Howard E. Wahrenbrock, Reuben Goldberg* and *Bernard A. Foster, Jr.* for respondent.

No. 712. UNITED STATES *v.* MARTIN ET AL.; and

No. 715. MARTIN ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Solicitor General Perlman* for the United States in No. 712. *Daniel Partridge, III* and *Milton D. Campbell* for Martin et al. *Mr. Perlman, Assistant Attorney General Vanech, Roger P. Marquis* and *Wilma C. Martin* for the United States in No. 715.

No. 721. NELSON ET AL. *v.* JOHNSON, SECRETARY OF DEFENSE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Claude L. Dawson* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Morton Hollander* for respondents.

No. 722. WILLIS *v.* CONSOLIDATED TEXTILE CO., INC. ET AL. C. A. 2d Cir. Certiorari denied. *Emanuel Redfield* for petitioner. *Samuel S. Jennings, Jr.* for the Consolidated Textile Co., respondent.

